IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00813-EWN-MJW

MARCOS AYALA MATUTE,

Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate the Scheduling Conference, filed with the Court on June 27, 2006, Docket Number 10, is GRANTED. The scheduling conference set on June 30, 2006 at 9:00 a.m., is VACATED and RESET on August 3, 2006, at 2:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   June 28, 2006